```
1   SEYFARTH SHAW LLP
    Brian P. Long (SBN 232746)
2   bplong@seyfarth.com
    601 South Figueroa Street, Suite 3300
3   Los Angeles, California 90017-5793
    Telephone:  (213) 270-9600
4   Facsimile:  (213) 270-9601

5   SEYFARTH SHAW LLP
    Michael Afar (SBN 298990)
6   mafar@seyfarth.com
    Michael A. Sigall (SBN 305849)
7   msigall@seyfarth.com
    2029 Century Park East, Suite 3500
8   Los Angeles, California 90067
    Telephone:  (310) 277-7200
9   Facsimile:  (310) 201-5219

10  Attorneys for Defendant
    HYATT CORPORATION
11
    SULLIVAN & YAECKEL LAW GROUP, APC
12  Eric K. Yaeckel (SBN 274608)
    yaeckel@sullivanlawgroupapc.com
13  Ryan T. Kuhn (SBN 324538)
    ryan@sullivanlawgroupapc.com
14  2330 Third Avenue
    San Diego, California 92101
15  Telephone:   (619) 702-6760

16  Attorneys for Plaintiff
    EDWARD NEUBECKER
17
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NEUBECKER, Individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-0104-BTM-NLS<br><br>**JOINT REQUEST FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>[San Diego Superior Court, Case No. 37-2022-00050362-CU-OE-CTL<br><br>Complaint Filed:  December 16, 2022<br>Trial Date:  None Set |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Edward Neubecker ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") previously notified the Court that they had reached an individual settlement of the above-captioned matter.  (*See* Dkt. No. 12.)  Thereafter, the Court ordered the Parties to submit a joint request for dismissal and proposed order, following execution of a long-form settlement agreement.  (*See* Dkt. No. 13.)

The long-form settlement has now been fully executed by all Parties.  Accordingly, the Parties hereby stipulate and agree to dismissal with prejudice of Plaintiff's individual claims, along with a dismissal without prejudice of Plaintiff's pending class action and PAGA representative action claims, pursuant to Fed. R. Civ. P. 41(a)(1).  Each party shall bear its own fees and costs.

Plaintiff has not received any monetary or non-monetary compensation, either individually or in his representative capacity, as consideration for the release without prejudice of the class action claims or representative PAGA claims.

The Parties respectfully request that the Court grant the request for dismissal, vacate all pending dates and deadlines, and close the matter.

DATED: April 26, 2023          SEYFARTH SHAW LLP

By:  */s/ Michael Afar*
Brian P. Long
Michael Afar
Michael A. Sigall
Attorneys for Defendants
HYATT CORPORATION

DATED: April 26, 2023          SULLIVAN & YAECKEL LAW GROUP, APC

By:  */s/ Eric K. Yaeckel*
Eric K. Yaeckel
Ryan T. Kuhn
Attorneys for Plaintiff
EDWARD NEUBECKER

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's individual claims are dismissed with prejudice;
2. Plaintiff's class action and representative PAGA claims are dismissed without prejudice;
3. All future dates are vacated and this matter is deemed closed; and
4. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: _____

                                        Hon. Nita L. Stormes
Magistrate Judge for the
United States District Court, Southern
District of California